Paul D. Powell, Esq. (SBN 7488)
Ryan T. O'Malley, Esq. (SBN 12461)
Tom W. Stewart, Esq. (SBN 14280)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
paul@tplf.com | romalley@tplf.com
tstewart@tplf.com
Phone 702.728.5500 | Fax 702.728.5501
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS LEE, individually,<br><br>                    Plaintiff,<br><br>       v.<br><br>DINO DENNISON, individually; KNIGHT TRANSPORTATION, INC., a foreign corporation; DOES I-X, and ROE CORPORATIONS, INC.,<br><br>                    Defendants. | Case No.: 2:19-CV-01332-KJD-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL** |

IT IS HEREBY STIPULATED by and between Alexis Lee ("Alexis" or "Plaintiff"), by and through her attorneys of record Paul D. Powell, Esq., Ryan T. O'Malley, Esq. and Thomas W. Stewart, Esq. of The Powell Law Firm, and Dino Dennison ("Dennison") and Knight Transportation ("Knight") (collectively "Defendants"), by and through their attorneys of record, Joel D. Odou, Esq., Analise N.M. Tilton, Esq., and Kyle J. Hoyt, Esq. of Wood, Smith, Henning & Berman, LLP, and hereby stipulate that this matter be continued from its' current trial stack of July 12th/13th, 2021 to the next available trial stack in October 2021 or later.

///

///

///

///

///

1

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 9th day of June, 2021. | DATED this 9th day of June, 2021 |
| THE POWELL LAW FIRM | WOOD, SMITH, HENNING & BERMAN LLP |
| By: _/s/ Tom W. Stewart, Esq._ | By: _/s/ Analise N.M. Tilton, Esq._ |
| Paul D. Powell, Esq. | Joel D. Odou, Esq. |
| Nevada Bar No. 7488 | Nevada Bar No. 7468 |
| Ryan T. O'Malley, Esq. | Analise N.M. Tilton, Esq. |
| Nevada Bar No. 12461 | Nevada Bar No. 13185 |
| Tom W. Stewart, Esq. | Kyle J. Hoyt, Esq. |
| Nevada Bar No. 14280 | Nevada Bar No. 14886 |
| 8918 Spanish Ridge Avenue, Suite 100 | 2881 Business Park Court, Suite 200 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89128 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Dino Dennison and Knight Transportation, Inc.* |

Lee v. Dennison, et al.
2:19-CV-01332-KJD-NJK

### ORDER

Pursuant to stipulation by the parties, and for good cause shown, the trial in this matter is hereby moved from the July 12th trial stack to October 4, 2021 at 9:00 a.m. in courtroom 4A.

**IT IS SO ORDERED.**

DATED this 10th day of June, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

THE POWELL LAW FIRM

/s/ Ryan T. O'Malley, Esq.
Paul D. Powell, Esq.
Nevada Bar No. 7488
Ryan T. O'Malley, Esq.
Nevada Bar No. 12461
Tom W. Stewart, Esq.
Nevada Bar No. 14280
8918 Spanish Ridge Avenue, Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2021, the foregoing **STIPULATION AND ORDER TO CONTINUE TRIAL** was served via the CM/ECF electronic filing system to all parties requiring notice.

**Person (s) Served:**

Joel D. Odou, Esq.
Analise N.M. Tilton, Esq.
Kyle J. Hoyt, Esq.
WOOD, SMITH, HENNING & BERMAN LLP
2881 Busines Park Court, Suite 200
Las Vegas, Nevada 89128
jodou@wshblaw.com
atilton@wshblaw.com
khoyt@wshblaw.com
*Attorneys for Defendants*

                      /s/ Kelli Wightman
                    AN EMPLOYEE OF THE POWELL LAW FIRM