Joel D. Odou
Nevada Bar No. 7468
Analise N.M. Tilton
Nevada Bar No. 13185
Kyle J. Hoyt
Nevada Bar No. 14886
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702 251 4100
Facsimile: 702 251 5405
jodou@wshblaw.com
atilton@wshblaw.com
khoyt@wshblaw.com

Attorneys for DINO DENNISON and KNIGHT TRANSPORTATION, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS LEE,<br><br>          Plaintiff,<br><br>     v.<br><br>DINO DENNISON, individually; KNIGHT TRANSPORTATION, INC., a foreign corporation; DOES I-X, and ROE CORPORATIONS INC.,,<br><br>          Defendants. | Case No.: 2:19-CV-01332-KJD-NJK<br><br>**STIPULATION AND ORDER**<br><br>Trial Date:          October 4, 2021 |

Plaintiff ALEXIS LEE (hereinafter "Plaintiff"), by and through her counsel of record, Paul D. Powell, Esq. and Ryan T. O'Malley, Esq., of the Powell Law Firm, and Defendants KNIGHT TRANSPORTATION, INC. and DINO DENNISON (hereinafter "Defendants"), by and through its counsel, Wood, Smith, Henning & Berman LLP, hereby submit this Stipulation and Order that the following items have been agreed to both parties at the time of trial:

1) Both parties agree there will be no reference to Defendant Dino Dennison not being deposed during discovery and/or not being present during trial.

2) Both parties agree there will be no reference to evidence of the size and financial

1  information of Knight Transportation.

2      3) Both parties agree to exclude any reference or questions regarding prior media

3  reports and admin matters involving Dr. Wang.

4      4) Both parties agree to exclude prior incident reports and unrelated accidents involving

5  Defendants Knight Transportation, Inc. and Dino Dennison.

| DATED this 3rd day of September, 2021 | DATED this 3rd day of September, 2021 |
|---|---|
| THE POWELL LAW FIRM | WOOD, SMITH, HENNING & BERMAN LLP |
| */s/ Ryan T. O'Malley* | */s/ Analise N.M. Tilton* |
| PAUL D. POWELL<br>Nevada Bar No. 7488<br>RYAN T. O'MALLEY<br>Nevada Bar No. 12461<br>TOM W. STEWART,<br>Nevada Bar No. 14280<br>8918 Spanish Ridge Avenue, Suite 100<br>Las Vegas, Nevada 89148<br><br>Attorneys for Plaintiff, Alexis Lee | JOEL D. ODOU<br>Nevada Bar No. 7468<br>ANALISE N. M. TILTON<br>Nevada Bar No. 13185<br>2881 Business Park Court, Suite 200<br>Las Vegas, Nevada 89128<br><br>Attorneys for Defendants, Knight Transportation, Inc. and Dino Dennison |

*Case Name: Lee v. Dennison et al.*
Case No. 2:19-cv-01332-KJD-DJA

## ORDER

**IT IS SO ORDERED.**

DATED this 3rd day of September 2021

_____
**UNITED STATES DISTRICT JUDGE**

Respectfully Submitted by:

WOOD, SMITH, HENNING & BERMAN LLP

By: ____*/s/ Analise N.M. Tilton*____
JOEL D. ODOU
Nevada Bar No. 7468
ANALISE N. M. TILTON
Nevada Bar No. 13185
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128
Attorneys for Defendants, Knight Transportation, Inc. and Dino Dennison