**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Case #2:19-CV-01332-KJD-NJK

Alexis Lee

          Plaintiff(s),

   vs.

Dino Dennison, Knight Transportation, Inc.

          Defendant(s).

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

          Nathan Guest , Petitioner, respectfully represents to the Court:
          (name of petitioner)

   1.     That Petitioner is an attorney at law and a member of the law firm of

          Wood Smith Henning & Berman LLP
                 (firm name)

with offices at      10960 Wilshire Boulevard, 18th Floor ,
                 (street address)

   Los Angeles    ,    California    ,   90024 ,
      (city)             (state)       (zip code)

   310-481-7753   ,    nguest@wshblaw.com .
  (area code + telephone number)      (Email address)

   2.     That Petitioner has been retained personally or as a member of the law firm by

Knight Transportation, Inc. and Dino Dennison  to provide legal representation in connection with
        [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____ January 28, 2020 _____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____ California _____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Virginia State Bar | October 13, 2005 | 71043 |
| District of Columbia Bar | August 14, 2006 | 494409 |
| Florida Bar | October 6, 2010 | 0085935 |
| State Bar of Georgia | November 12, 2014 | 667904 |
| State Bar of California | January 28, 2020 | 330167 |
| USDC Northern District of California | February 12, 2020 | 330167 |
| USDC Central District of California | May 22, 2020 | 330167 |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Virginia, District of Columbia, Florida, Georgia, and California.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    _____
                                                          Petitioner's signature
     STATE OF _____California_____ )
5                                       )
     COUNTY OF ___Los Angeles___       )
6

7    _____Nathan Guest_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                    _____
                                                          Petitioner's signature
10   Subscribed and sworn to before me this

11   _____ day of __DEC._____, 2022.

12

13

14   _____
         Notary Public or Clerk of Court

15                                                   ATTILA CSUPO
                                                     COMM. #2345179
                                                     Notary Public - California
                                                     Los Angeles County
                                                     My Comm. Expires Mar 2, 2025

16   **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
     THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18   Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

     believes it to be in the best interests of the client(s) to designate _____Analise N. M. Tilton_____,
19                                                                            (name of local counsel)
     Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
     above-entitled Court as associate resident counsel in this action.  The address and email address of
21
     said designated Nevada counsel is:
22

23   _____2881 Business Park Court, Suite 200_____,
                                    (street address)
24
     _____Las Vegas_____, _____Nevada_____, ____89128____,
25          (city)                    (state)              (zip code)

26   _____702-251-4115_____, _____atilton@wshblaw.com_____.
     (area code + telephone number)       (Email address)
27

28                                    4                              Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Analise N. M. Tilton_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Cedar R. Abadie, Director of Litigation, Knight Trans., Inc.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

13185                             atilton@wshblaw.com
Bar number                        Email address

APPROVED:

Dated: this __28th__ day of __December__, 20_22_ .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Nathan Guest

*was duly qualified and admitted on August 14, 2006 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on December 05, 2022.**

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Nathan A. Guest

### Bar Number 330167

was duly admitted to practice in this Court on February 12, 2020,
and is in good standing as a member of the bar of this Court.



Signed on November 29, 2022 by

*Mark B. Busby*

Mark B. Busby, Clerk of Court



**State Bar
of Georgia**

*Lawyers Serving the Public and the Justice System*

**Mr. Nathan Andrew Guest**
**Wood Smith Henning & Berman LLP**
**18th Floor**
**10960 Wilshire Boulevard**
**Los Angeles, CA  90024**
**UNITED STATES**

| | |
|---|---|
| **CURRENT STATUS:** | **Inactive Member-Good Standing** |
| **DATE OF ADMISSION:** | **11/12/2014** |
| **BAR NUMBER:** | **667904** |
| **TODAY'S DATE:** | **12/01/2022** |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

## STATE BAR OF GEORGIA

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **NATHAN ANDREW GUEST** IS AN ACTIVE MEMBER OF THE VIRGINIA

STATE BAR IN GOOD STANDING.  **MR. GUEST** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON

**OCTOBER 13, 2005**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD

OF BAR EXAMINERS.

Issued December 1, 2022

*DaVida M. Davis*
**Director of Regulatory Compliance**

# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

___Nathan Andrew Guest___ , Bar No. ___330167___

was duly admitted to practice in this Court on ___May 22, 2020___

*DATE*

and is active and in good standing as a member of the Bar

of this Court.

Dated at Los Angeles, California

on ___November 30, 2022___

*Date*

KIRY K. GRAY
Clerk of Court



By _Shea Bourgeois_

___Shea Bourgeois___ , Deputy Clerk

**CERTIFICATE OF GOOD STANDING**

 **The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

November 29, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, NATHAN ANDREW GUEST, #330167 was admitted to the practice of law in this state by the Supreme Court of California on January 28, 2020 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida      )

County of Leon       )          In Re:   0085935
                                          Nathan Andrew Guest
                                          Wood Smith Henning & Berman LLP
                                          10960 Wilshire Blvd Fl 18
                                          Los Angeles, CA 90024-3804

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 6, 2010**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 30th day of **November**, **2022**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-208096