Joel D. Odou
Nevada Bar No. 7468
Analise N. M. Tilton
Nevada Bar No. 13185
Susana Santana
Nevada Bar No. 13753
Dane W. Smith
Nevada Bar No. 16002
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702 251 4100
Facsimile: 702 251 5405
jodou@wshblaw.com
atilton@wshblaw.com
ssantana@wshblaw.com
dsmith@wshblaw.com

Attorneys for DINO DENNISON and KNIGHT TRANSPORTATION, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS LEE,<br><br>              Plaintiff,<br><br>       v.<br><br>DINO DENNISON, individually; KNIGHT TRANSPORTATION, INC., a foreign corporation; DOES I-X, and ROE CORPORATIONS INC.,<br><br>              Defendants. | Case No.: 2:19-CV-01332-KJD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date:         January 23, 2023 |

COMES NOW, Plaintiff, ALEXIS LEE and Defendants DINO DENNISON and KNIGHT TRANSPORTATION, INC. by and through their undersigned counsel and hereby STIPULATE to DISMISSAL, WITH PREJUDICE.  Each party to bear their own fees and costs.

/ / /

/ / /

This Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

**IT IS SO STIPULATED.**

DATED this 23rd day of January, 2023

THE POWELL LAW FIRM

*/s/ Tom W. Stewart*
PAUL D. POWELL
Nevada Bar No. 7488
JARED POWELL
Nevada Bar No. 15086
RYAN T. O'MALLEY
Nevada Bar No. 12461
TOM W. STEWART,
Nevada Bar No. 14280
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148

*Attorneys for Plaintiff, Alexis Lee*

DATED this 23rd day of January, 2023

WOOD, SMITH, HENNING & BERMAN LLP

*/s/ Analise N.M. Tilton*
JOEL D. ODOU
Nevada Bar No. 7468
ANALISE N. M. TILTON
Nevada Bar No. 13185
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128

*Attorneys for Defendants, Knight Transportation, Inc. and Dino Dennison*

**IT IS SO ORDERED.**

DATED this 24th day of January, 2023

_____
**UNITED STATES DISTRICT JUDGE**